1
2
3
4
5
6
7
8
9
10
11

**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Brian Danitz (SBN 247403)
Gina Stassi (SBN 261263)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*bdanitz@cpmlegal.com*
*gstassi@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox *(pro hac vice)*
Donald R. Hall *(pro hac vice)*
David A. Straite *(pro hac vice)*
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Interim Co-Lead Class Counsel*

12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

16
17
18
19
20
21
22
23
24
25
26
27
28

ALEX RODRIGUEZ, *et al.*,

    Plaintiffs,

v.

APPLE INC.,

    Defendant.

Case No. 5:18-cv-03989-EJD

**CLASS ACTION**

**NOTICE OF VOLUNTARY DISMISSAL**

1    PLEASE TAKE NOTICE that Plaintiff Stephen Heffner files this Notice of Voluntary

2  Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of

3  the Federal Rules of Civil Procedure.  Plaintiff's dismissal is without prejudice to participate

4  and/or recover as a class member in this action.  This Notice of Voluntary Dismissal is being filed

5  with the Court before service by Defendant of either an answer or a motion for summary

6  judgment.

7                                                         Respectfully submitted,

8  DATED: July 11, 2019                    **COTCHETT, PITRE & MCCARTHY LLP**

9                                                         By:  */s/ Mark C. Molumphy*
                                                                    Mark C. Molumphy
10                                                       Joseph W. Cotchett
                                                          Mark C. Molumphy
11                                                       Brian Danitz
                                                          Gina Stassi
12                                                       Tyson Redenbarger

13

14  DATED: July 11, 2019                    **KAPLAN FOX & KILSHEIMER LLP**

15                                                       By:  */s/ Laurence D. King*
                                                                    Laurence D. King
16                                                       Laurence D. King
                                                          Mario Choi
17                                                       Frederic S. Fox
                                                          Donald R. Hall
18                                                       David A. Straite

19
                                                          *Interim Co-Lead Class Counsel*
20

21

22

23

24

25

26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2

        I, Mark C. Molumphy, court-appointed interim lead counsel for the proposed Class, am

3

the ECF user whose ID and password are being used to file the foregoing.  In compliance with

4

Civil L.R. 5-1(i)(3), I hereby attest that co-counsel have concurred in this filing.

5

                                                       */s/ Mark C. Molumphy*

6

                                                MARK C. MOLUMPHY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28